# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3599

_____

United States of America,      *
     *
         Appellee,      *
     *   Appeal from the United States
      v.       *   District Court for the
     *   Western District of Arkansas.
Joseph Doyle Lingo,      *
     *   [UNPUBLISHED]
         Appellant.      *

_____

Submitted:  February 5, 1999
Filed:  February 23, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Joseph Doyle Lingo pleaded guilty to possessing methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1).  At sentencing, Lingo argued that the district court[1] should depart downward from the applicable Guidelines imprisonment range, because his Category II criminal history overstated the seriousness of his past criminal conduct.  See U.S. Sentencing Guidelines Manual § 4A1.3, p.s. (1998).  The court denied Lingo's request, and sentenced him to 33 months imprisonment and three years supervised release.  After reviewing the district

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

court's comments as a whole, see United States v. Knight, 96 F.3d 307, 311 (8th Cir. 1996), cert. denied, 117 S. Ct. 1458 (1997), we conclude that the district court was aware of its authority to depart downward, and made a discretionary decision not to do so—a decision we do not review.  See United States v. Hall, 7 F.3d 1394, 1396 (8th Cir. 1993).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.